```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALASKA REEFER MANAGEMENT, LLC,                                   :
                                                                 :
                      Plaintiff,                                 :
                                                                 :        14 Civ. 3580 (JPC)
          -v-                                                    :
                                                                 :            ORDER
NETWORK SHIPPING LIMITED,                                        :
                                                                 :
                      Defendant.                                 :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On January 30, 2025, the Court reopened this case for the purpose of ordering the release of the garnished funds.  Dkt. 38.  On February 3, 2025, Defendant filed a proposed order to that effect.  Dkt. 39.  On or before February 10, 2025, Plaintiff and Garnishee JPMorgan Chase Bank, N.A. shall inform the Court whether they have any objections to the entry of an order in substantially the form set forth at Docket Number 39.  Absent any objections received by that date, the Court will enter the proposed order at Docket Number 39 and close this case.

      SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge